## 17044. KILGORE *v.* THE STATE.

BROYLES, C. J. Under the facts of the case, the failure of the court to instruct the jury upon the law of "misfortune or accident" was not error. The remaining special grounds of the motion for a new trial are without merit; and the verdict was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1926.

Criminal Law, 16 C. J. p. 1043, n. 36; 17 C. J. p. 271, n. 41.

Conviction of assault and battery; from Carroll superior court
—Judge Roop.   November 21, 1925.

*Smith & Taylor,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general, S. Holderness, Boykin &
Boykin,* contra.